BOP # 53282-074
Case # 2:17-CR-00017-PLR-MC

FILED
MAR 16 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG WV 26301

Bailey, Mazzone Blalock
March 10, 2022

Honorable Judge Irine M. Keeley:

Your honor, I am writing to you in regards to filing a motion on applying to seek an award of 2 days credit for each of the 1006 days of imprisonment. Seeking hard time COVID credit for the 1006 days serve.

I have been incarcerated since March 6, 2017. I was sentenced to 97 months on February 21, 2018.

I arrived at SFF Hazelton on April 17, 2018 and have been actively employed in the kitchen, library, commissary, laundry, paint crew, R+D, recreation and compound.

I've taken the following classes: Microsoft, RRP 1 through 6, culinary arts, administrative assistant, computer concepts, administrative office procedures, principles in accounting, introduction to business, human resource, keyboarding, Serv/safe, microsoft office, womens relationships, ACE: US Geography, ACE: Develope yourself as leader, ACE: World geography, ACE: English/writing workshop, ACE: Overview of astronomy, ACE: Tutor training and the following self-study Ace packets: Poverty in America, WWII, Coord Plane, Language arts and Sports Stars.

Due to COVID program availability has been limited, no recreation, no exercising, no movement, no visitations, no legal support, no help resources,

and limited medical with no emotional/mental medical support.

A day in prison under extreme lockdown and in fear of contracting a deadly virus puts a lot of emotional, mental and physical stress on an inmate. I tested positive for COVID on January 10, 2022. Plus the stress of no visits, phone calls and etc. with our families.

While not intended as punishment, incarceration in such conditions is unavoidable resulting in harsher punishment. See eg. US vs Rodriguez No 00Cr.761(JSR) 459 F.Supp.3d 306.

My goal is to get home to my family. I would like my case considered for the Cares Act / Hard time COVID credits.

Thank you for your time and consideration regarding this matter. I look forward to your response.

Sincerely,
April Danielle K
April Danielle Kennedy

BOP# 52286-074
Case# 2:17-CR-00017-PLR-MC